RECEIVED
AUG 28 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BRIAN L. FRAZIER, Petitioner | CIVIL DOCKET NO. 5:19-CV-696-P |
| VERSUS | JUDGE DRELL |
| WARDEN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objection filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED Frazier's claims regarding the non-unanimous jury and ineffective assistance of counsel in failing to submit into evidence Facebook posts and a "CID Supplemental Report" are hereby DENIED and DISMISSED with prejudice as procedurally defaulted.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 28th day of AUGUST, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE