UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **BRIAN LOWELL FRAZIER** **#624162/2019060031,** **Plaintiff** | **CIVIL DOCKET NO. 1:19-CV-00696-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **KEITH DEVILLE,** **Defendant** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 29], and after a *de novo* review of the record, including the Objection filed by Petitioner [ECF No. 31], and having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus [ECF No. 1] is DENIED and DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 15th day of July 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE